1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TALMADGE ROSS,<br>Plaintiff,<br>          vs.<br>ANDREW SAUL, Commissioner of<br>Social Security,<br>Defendant. | )  Case No. 2:20-cv-4100-DMG-GJS<br>)<br>)  ~~PROPOSED~~ ORDER<br>)  OF DISMISSAL<br>)  FEDERAL RULES OF CIVIL<br>)  PROCEDURE RULE 41<br>) |

The parties, through their counsel of record, stipulate to the voluntary dismissal of this action, pursuant to Rule 41, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:  October 5, 2020          _____
                                                        GAIL J. STANDISH
                                                        UNITED STATES MAGISTRATE JUDGE

1